IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WOLODU GEBREWMESKEL, | No. C 04-1126 MMC |
| Plaintiff, | **ORDER VACATING MAY 27, 2005 HEARING** |
| v. | |
| REGATTA HOLDINGS INC., et al., | |
| Defendants / | |

Before the Court are defendants' motions for summary judgment, scheduled for hearing May 27, 2005. Pursuant to the Local Rules of this District, opposition was due no later than May 6, 2005. See Civil L. R. 7-3(a) (providing opposition to a motion must be filed no less than 21 days before the hearing date). To date, no opposition has been filed.

Accordingly, the Court deems the matters submitted on the moving papers and VACATES the hearing scheduled for May 27, 2005.

**IT IS SO ORDERED.**

Dated: May 12, 2005

/s/ Maxine M. Chesney
MAXINE M. CHESNEY
United States District Judge