IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WOLODU GEBREMESKEL,<br><br>    Plaintiff,<br><br>  v.<br><br>REGATTA HOLDINGS, et al.,<br><br>    Defendant<br>_____/ | No. C-04-1126 MMC MED<br><br>**ORDER GRANTING PLAINTIFF'S REQUEST FOR LATE FILING OF OPPOSITION TO MOTIONS FOR SUMMARY JUDGMENT; DIRECTING PLAINTIFF TO PROVIDE CHAMBERS COPIES; BRIEFING SCHEDULE; SETTING HEARING** |

    Before the Court is plaintiff's request for permission to file a late opposition to defendants' motions for summary judgment. Neither defendant has filed a response to plaintiff's request.

    Good cause appearing, plaintiff's request is hereby GRANTED. Plaintiff, however, has failed to provide the Court with a chambers copy of his opposition, which the docket reflects was filed electronically May 17, 2005. Both the Court's Standing Orders and General Order 45 require that a party provide, no later than noon the day after any document is filed electronically, a chambers copy of each such document. Accordingly, plaintiff is hereby DIRECTED to provide, no later than noon on May 24, 2005, a chambers copy of his opposition. If plaintiff fails to provide a chambers copy of his opposition, or any further electronically-filed document, such document will be stricken as a sanction for non-compliance with the Court's Standing Orders and General Order 45.

1  The Court hereby sets the following briefing schedule and hearing:

2  1. Defendants shall file any reply to plaintiff's opposition no later than May 27, 2005.

3  2. Any hearing on defendants' motions for summary judgment will be conducted on June 10, 2005, at 9:00 a.m.

**IT IS SO ORDERED.**

Dated:  May 23, 2005

das /s/ Maxine M. Chesney<br>MAXINE M. CHESNEY<br>United States District Judge