UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

WOLODU GEBREMESKEL

    Plaintiff(s),

v.

REGATTA HOLDINGS

    Defendant(s).
_____/

No. 04-01126 MMC (EDL)

ORDER EXCUSING ATTENDANCE
AT SETTLEMENT CONFERENCE

TO ALL PARTIES AND COUNSEL AND PARTIES OF RECORD:

By letter dated May 20, 2005, Defendant Regatta Holdings and Defendant United States Postal Service requested to be excused from personally appearing at the settlement conference scheduled for June 3, 2005. Plaintiff has informed the Court that he does not oppose the request.

Upon consideration of the request, the Court finds good cause for excusing personal attendance. Therefore, it is hereby ORDERED that representatives from Regatta Holdings and the United States Postal Service be available by telephone from 9:30 p.m. Pacific Standard Time until further notice on June 3, 2005.

If the Court concludes that the absence of these Defendants is interfering with the settlement conference, the Court may continue the settlement conference and may order personal attendance by each party including .

SO ORDERED.

Dated: May 24, 2005

                                            */s/ Elizabeth D. Laporte*
                                      ELIZABETH D. LAPORTE
                                      United States Magistrate Judge