KEVIN V. RYAN, CSBN 118321
United States Attorney
JOANN M. SWANSON, CSBN 88143
Chief, Civil Division
KATHERINE B. DOWLING, CSBN 220767
Assistant United States Attorney

    450 Golden Gate Avenue, 10th Floor
    Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-6833
    Facsimile:  (415) 436-7169

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WOLODU B. GEBREMESKEL, | No. C 04-01126 MMC (EDL) |
|                 Plaintiff, | |
| v. | STIPULATION AND ORDER APPROVING COMPROMISE SETTLEMENT |
| UNITED STATES POSTAL SERVICE AND REGATTA HOLDINGS INC., | |
|                 Defendants. | |

In consideration of and return for the settlement amount of seven thousand five hundred dollars ($7,500.00) to be provided to Plaintiff by Defendants United States of America and Regatta Holdings Inc., upon receipt of this signed dismissal per stipulated agreement dated June 14, 2005, this action is hereby dismissed with prejudice and without costs or interest by the Plaintiff as against the Defendants, or any of its agents, servants, or employees in regard to the information request made in the Complaint filed herein.

//

//

//

//

//

No. C 04-01126 MMC (EDL)                 1

Upon approval by the Court as provided below, the Clerk is requested to enter this Dismissal and Release in the official docket and send conformed copies hereof to the respective parties.

Dated: ___7/12/05_____          ____/s/_____
                                     WOLODU GEBREMESKEL
                                     Plaintiff


Dated: ___7/21/05_____          ____/s/_____
                                     RICHARD MEIER, ESQ.
                                     Attorney for Plaintiff


Dated: _7/11/05_____          ____/s/_____
                                     PETER HART, ESQ.
                                     Attorney for Defendant- Regatta Holdings, Inc


                                     KEVIN V. RYAN
                                     United States Attorney


Dated: ___7/11/05_____          ____/s/_____
                                     KATHERINE B. DOWLING
                                     Assistant United States Attorney
                                     Attorneys for Defendant- USPS


APPROVED AND SO ORDERED:


Dated: July 28, 2005                 _____
                                     HON. MAXINE M. CHESNEY
                                     United States District Court Judge


No. C 04-01126 MMC (EDL)                    2